## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cobee Mathieu, | : |
| | : |
| | : Civil Action No.: 1:09-cv-10950-RWZ |
| Plaintiff, | : |
| v. | : |
| | : |
| CCS Commercial, LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Plaintiff, Cobee Mathieu, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: October 22, 2009

                                                        Respectfully submitted,

                                                        By:__/s/ Sergei Lemberg _____
                                                           Sergei Lemberg (Juris No. 425027)
                                                           Lemberg & Associates, L.L.C.
                                                           1100 Summer Street, 3rd Floor
                                                           Stamford, CT 06905
                                                           Telephone: (203) 653-2250
                                                           Facsimile: (877) 795-3666